**FILED**

DEC - 8 2009

CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: Russell Shangin

CASE NUMBER: 97 723

PLEASE CHECK ONE:

___X___ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| AK Credit Agency | 35 | $86.85 |

20630
$ 86.85

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$ _____

TOTAL: $ 86.85

DATE: 12/7/09

TRUSTEE _(signature)_

# 35

ALASKA CREDIT AGENCY
PO BOX 2489
KODIAK, AK 99615

WILLIAM M BARSTOW
200 W 34th St Box 905
Anchorage, AK 99503